UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

WILLIAM E. MAINES,

      Plaintiff,

  v.                         Case No. 2:14-cv-1221
                                JUDGE GREGORY L. FROST
COMMISSIONER OF           Magistrate Judge Elizabeth P. Deavers
SOCIAL SECURITY,

      Defendant.

## OPINION AND ORDER

This matter is before the Court for consideration of the Magistrate Judge's August 12, 2015 Report and Recommendation ("R&R"). (ECF No. 18.) In that filing, the Magistrate Judge recommended that the Court remand this case to the Commissioner of Social Security ("Commissioner") pursuant to 42 U.S.C. § 405(g), sentence six.

The R&R advised the parties that, if any party sought review by the District Judge, that party must file objections to the R&R within fourteen (14) days. (*Id*. at PAGEID # 583.) The R&R further advised the parties that the failure to object within fourteen days would "result in a waiver of the right to *de novo* review by the District Judge and waiver of the right to appeal the judgment of the District Court." (*Id*. (citing *Pfahler v. Nat'l Latex Prod. Co.*, 517 F.3d 816, 829 (6th Cir. 2007) and *United States v. Sullivan*, 431 F.3d 976, 984 (6th Cir. 2005)).)

The Court has reviewed the R&R. Noting that no objections have been filed, and that the time for filing such objections has expired, the Court **ADOPTS AND AFFIRMS** the R&R (ECF No. 18) and **REMANDS** this action to the Commissioner pursuant to 42 U.S.C. § 405(g), sentence six. The Clerk is **DIRECTED** to enter judgment accordingly and terminate this case

on the docket records of the United States District Court for the Southern District of Ohio, Eastern Division.

    **IT IS SO ORDERED**.

                                              **/s/ Gregory L. Frost**
                                              **GREGORY L. FROST**
                                              **UNITED STATES DISTRICT JUDGE**