# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**WILLIAM E. MAINES,**

    **Plaintiff,**

    **v.**

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

**Case No. 2:14-cv-1221**
**JUDGE GREGORY L. FROST**
**Magistrate Judge Elizabeth P. Deavers**

## ORDER

This matter is before the Court for consideration of the parties' stipulation for award of attorney fees and costs under the Equal Access to Justice Act, 28 U.S.C. § 2412.  (ECF No. 23.)  Pursuant to that stipulation, Plaintiff is awarded fees and expenses in the amount of $2,500.00.  The award satisfies all of Plaintiff's claims for fees, costs, and expenses under 28 U.S.C. § 2412 in this case.  If counsel for the parties can verify that Plaintiff owes no pre-existing debt subject to offset, Defendant agrees to direct that the award be made payable to Plaintiff's attorney pursuant to the EAJA assignment duly signed by Plaintiff and counsel.

    **IT IS SO ORDERED**.

    **/s/ Gregory L. Frost**
    **GREGORY L. FROST**
    **UNITED STATES DISTRICT JUDGE**